```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 29126
    CRAIG W WESTLUND
                                                 CHAPTER 13

                                                 JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-7090


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 08/05/2004 and was confirmed 09/16/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  25.00%.

    The case was paid in full 07/24/2008.
------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
------------------------------------------------------------------------
NORDSTROM FSB               UNSECURED         2407.49         .00         601.87
AMERICAN EXPRESS TRAVEL     UNSECURED         7629.04         .00        1907.26
AMERICAN EXPRESS TRAVEL     UNSECURED         5609.83         .00        1402.46
AMERICAN EXPRESS TRAVEL     UNSECURED         7101.65         .00        1775.41
AMERICAN EXPRESS            UNSECURED        NOT FILED        .00            .00
LVNV FUNDING LLC            UNSECURED         1237.24         .00         309.31
ROUNDUP FUNDING LLC         UNSECURED         6064.53         .00        1516.13
CB USA                      UNSECURED        NOT FILED        .00            .00
CC VISA                     UNSECURED        NOT FILED        .00            .00
ECAST SETTLEMENT CORP       UNSECURED        12782.67         .00        3195.67
RESURGENT ACQUISITION LL    UNSECURED        10009.29         .00        2502.32
RESURGENT ACQUISITION LL    UNSECURED         6379.74         .00        1594.94
PORTFOLIO RECOVERY ASSOC    UNSECURED         5576.93         .00        1394.23
FIRST PREMIER CREDIT        UNSECURED        NOT FILED        .00            .00
FIRST USA BANK              UNSECURED        NOT FILED        .00            .00
JEFFERSON CAPITAL SYSTEM    FILED LATE        2037.39         .00            .00
HARRIS BANK                 UNSECURED        NOT FILED        .00            .00
HERITAGE BANK               CURRENT MORTG         .00         .00            .00
HERITAGE COMM BANK          SECURED NOT I   NOT FILED         .00            .00
ECAST SETTLEMENT CORP       UNSECURED        14917.68         .00        3729.42
HHLD BANK                   UNSECURED        NOT FILED        .00            .00
HOME DEPOT CREDIT SERVIC    UNSECURED        NOT FILED        .00            .00
ECAST SETTLEMENT CORP       UNSECURED         5485.35         .00        1371.34
PREMIER BANCARD CHARTER     UNSECURED          522.84         .00         130.71
RADIO SHACK                 UNSECURED        NOT FILED        .00            .00
CBUSA SEARS                 UNSECURED        NOT FILED        .00            .00
WELLS FARGO AUTO FINANCE    UNSECURED        NOT FILED        .00            .00
WELLS FARGO BANK            UNSECURED         7466.11         .00        1866.53
WELLS FARGO                 CURRENT MORTG         .00         .00            .00
WELLS FARGO                 SECURED NOT I   NOT FILED         .00            .00
WFFINANCE                   UNSECURED        NOT FILED        .00            .00
AMERICAN EXPRESS            NOTICE ONLY     NOT FILED         .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 29126 CRAIG W WESTLUND
```

```
CAPITAL ONE BANK         UNSECURED        1041.53              .00        260.38
CITI FINANCIAL           UNSECURED      NOT FILED              .00           .00
HERITAGE COMM BANK       UNSECURED      NOT FILED              .00           .00
NORDSTROM                NOTICE ONLY    NOT FILED              .00           .00
AMERICAN EXPRESS TRAVEL  UNSECURED        1263.65              .00        315.91
GREENBERG & ASSOC        DEBTOR ATTY     2,500.00                        2,500.00
TOM VAUGHN               TRUSTEE                                         1,628.90
DEBTOR REFUND            REFUND                                            197.21

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                28,200.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                    23,873.89
ADMINISTRATIVE                                2,500.00
TRUSTEE COMPENSATION                          1,628.90
DEBTOR REFUND                                   197.21
                     ---------------       ---------------
TOTALS                 28,200.00             28,200.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 10/29/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE